**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 5, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00518-CV

_____

## IN RE CITY NATIONAL ROCHDALE, LLC, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-84191**

## MEMORANDUM OPINION

On July 2, 2019, relator City National Rochdale, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Steven Kirkland, presiding judge of the 334th District Court of Harris County, to set aside his June 21, 2019 order granting real party in interest's motion to compel relator's production of documents.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. This court's stay order entered on July 2, 2019 is lifted.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.